1  BRIAN J. STRETCH (CABN  163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SARAH HAWKINS  (CABN 257723)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7126
7       Fax: (415) 436-7207
        Email:  Sarah.Hawkins@usdoj.gov

8
   Attorneys for United States of America

9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )  CASE NO.  CR 15 0489 RS
                                           )
14       Plaintiff,                        )  STIPULATION AND [PROPOSED] ORDER TO
                                           )  CONTINUE DETENTION HEARING AND
15    v.                                   )  EXCLUDE TIME FROM OTHERWISE
                                           )  APPLICABLE SPEEDY TRIAL ACT
16  DOUGLAS LEE SMITH,                     )  CALCULATION
                                           )
17       Defendant.                        )
                                           )
18                                         )
                                           )
19  _____)

20                          **STIPULATION**

21       IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

22       1.      The parties appeared in magistrate Court on November 10, 2016 at 9:30 a.m. for

23  appointment of counsel.  The court appointed Ethan Balogh to represent Mr. Smith.  Assistant United

24  States Attorney Sarah Hawkins appeared for the Government.

25       2.      At the parties' request, the Court set a detention hearing for November 17, 2016 at 9:30

26  a.m. and an Initial Appearance before Judge Seeborg on November 22, 2016.

27       3.      Counsel for the Government is unavailable for the November 22, 2016 initial appearance.
                                                                    December 6,
28  Accordingly, the parties jointly request that the initial appearance be continued to November 29, 2016 at

STIP. AND ORDER EXCLUDING TIME               1
CR 15-0489 RS

1   2:30 p.m.

2       4.      The parties further respectfully submit and agree that the period from November 10, 2016

3   through and including ~~November 29~~ December 6, 2016 should be excluded from the otherwise applicable Speedy

4   Trial Act computation because the continuance is necessary for effective preparation of counsel, taking

5   into account the exercise of due diligence.

6       5.      The parties concur that granting the exclusion would allow the reasonable time necessary

7   for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The

8   parties also agree that the ends of justice served by granting such an exclusion of time for the purposes

9   of effective preparation of counsel outweigh the best interests of the public and the defendant in a

10  speedy trial. 18 U.S.C. § 3161(h)(7)(A).

11

12          IT IS SO STIPULATED.

13

14  DATED:  November 14, 2016                    BRIAN J. STRETCH
                                                 United States Attorney
15

16                                                      /s/
                                                 SARAH HAWKINS
17                                               Assistant United States Attorney

18

19  DATED: November 14, 2016

20                                                      /s/
                                                 ETHAN A. BALOGH
21                                               Counsel for Douglas Smith

22

23

24

25

26

27

28

STIP. AND ORDER EXCLUDING TIME              2
CR 15-0489 RS

1    **[~~PROPOSED~~] ORDER**

2       Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice

3    served by granting a continuance from November 22, 2016 to ~~November 29~~ December 6, 2016 outweigh the best

4    interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance

5    would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7       Accordingly, THE COURT ORDERS THAT:

8       1.       The parties shall appear before the Court on ~~November 29~~ December 6, 2016 at 2:30 p.m. for an

9    initial appearance.

10      2.       The period from November 22, 2016 through and including ~~November 29~~ December 6, 2016 is

11   excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C.

12   § 3161(h)(7)(A) & (B)(iv).

13      IT IS SO ORDERED.

14

15   DATED: 11/14/16

16                        HON. RICHARD SEEBORG
                         United States District Judge

STIP. AND ORDER EXCLUDING TIME          3
CR 15-0489 RS