1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SARAH HAWKINS  (CABN 257723)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7126
7       Fax: (415) 436-7207
        Email:  Sarah.Hawkins@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,           ) CASE NO.  CR 15 0489 RS
                                         )
14 |     Plaintiff,                      ) STIPULATION AND [PROPOSED] ORDER TO
                                         ) CONTINUE STATUS HEARING AND
15 |  v.                                 ) EXCLUDE TIME FROM OTHERWISE
                                         ) APPLICABLE SPEEDY TRIAL ACT
16 | DOUGLAS LEE SMITH,                  ) CALCULATION
                                         )
17 |     Defendant.                      )
                                         )
18                                       )
                                         )
19

20                                   **STIPULATION**

21       IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

22       1.      The parties appeared in magistrate Court on November 10, 2016 at 9:30 a.m. for

23 appointment of counsel.  The court appointed Ethan Balogh to represent Mr. Smith.  Assistant United

24 States Attorney Sarah Hawkins appeared for the Government.

25       2.      The case is currently set for Initial Appearance for December 7, 2016 before Judge

26 Seeborg.

27       3.      Counsel for the Government is unavailable for the December 7, 2016 initial appearance.

28 Accordingly, the parties jointly request that the initial appearance be continued to December 13, 2016 at

STIP. AND ORDER EXCLUDING TIME            1
CR 15-0489 RS

1  2:30 p.m.

2      4.    The parties further respectfully submit and agree that the period from December 7, 2016 through and including December 13, 2016 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

6      5.    The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:  December 5, 2016

BRIAN J. STRETCH
United States Attorney

/s/
SARAH HAWKINS
Assistant United States Attorney

DATED: December 5, 2016

/s/
ETHAN A. BALOGH
Counsel for Douglas Smith

1 **[PROPOSED] ORDER**

2  Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice
3 served by granting a continuance from December 7, 2016 to December 13, 2016 outweigh the best
4 interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance
5 would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking
6 into account the exercise of due diligence.

7  Accordingly, THE COURT ORDERS THAT:

8  1. The parties shall appear before the Court on December 13, 2016 at 2:30 p.m. for an initial
9 appearance.

10  2. The period from December 7, 2016 through and including December 13, 2016 is
11 excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C.
12 § 3161(h)(7)(A) & (B)(iv).

13  IT IS SO ORDERED.

15 DATED: 12/5/16

HON. RICHARD SEEBORG
United States District Judge