1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SARAH HAWKINS (CABN 257723)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7126
7       Fax: (415) 436-7207
        Email: Sarah.Hawkins@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,              ) CASE NO.  CR 15 0489 RS
                                          )
14      Plaintiff,                        ) STIPULATION AND [PROPOSED] ORDER TO
                                          ) CONTINUE DETENTION HEARING AND
15   v.                                   ) EXCLUDE TIME FROM OTHERWISE
                                          ) APPLICABLE SPEEDY TRIAL ACT
16 DOUGLAS LEE SMITH,                     ) CALCULATION
                                          )
17      Defendant.                        )
                                          )
18                                        )
                                          )
19

20                              **STIPULATION**

21       IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

22       1.     The parties appeared on December 3, 2016 at 2:30 p.m. for an initial appearance.  Mr.

23 Smith was represented by Ethan Balogh.  Assistant United States Attorney Sarah Hawkins appeared for

24 the Government.

25       2.     At the appearance, the parties explained that discovery had been produced and was being

26 reviewed by counsel for Mr. Smith.  The parties jointly requested a status conference on February 21,

27 2017, a date agreed upon by the Court.

28       3.     The parties further respectfully requested that the period from December 13, 2016

STIP. AND ORDER EXCLUDING TIME          1
CR 15-0489 RS

through and including February 21, 2017 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

4. The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: December 30, 2016           BRIAN J. STRETCH
                                   United States Attorney

                                   _____/s/_____
                                   SARAH HAWKINS
                                   Assistant United States Attorney

DATED: December 30, 2016

                                   _____/s/_____
                                   ETHAN A. BALOGH
                                   Counsel for Douglas Smith

**[~~PROPOSED~~] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from December 13, 2016 to February 21, 2017 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on February 21, 2017 at 2:30 p.m. for an initial appearance.

2. The period from December 13, 2016 through and including February 21, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:   1/3/17

_____
HON. RICHARD SEEBORG
United States District Judge