1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SARAH HAWKINS  (CABN 257723)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7126
7      Fax: (415) 436-7207
       Email: Sarah.Hawkins@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   CASE NO.  CR 15 0489 RS
                                        )
14         Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER TO
                                        )   CONTINUE STATUS CONFERENCE AND
15     v.                               )   EXCLUDE TIME FROM OTHERWISE
                                        )   APPLICABLE SPEEDY TRIAL ACT
16  DOUGLAS LEE SMITH,                  )   CALCULATION
                                        )
17         Defendant.                   )
                                        )
18                                      )
                                        )
19  _____ )

20                                  **STIPULATION**

21         IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

22         1.      The parties appeared on February 21, 2017 at 2:30 p.m. for a status conference.  Mr.

23  Smith was represented by Ethan Balogh.  Assistant United States Attorney Sarah Hawkins appeared for

24  the government.

25         2.      At the appearance, the parties jointly requested a change of plea hearing on May 23,

26  2017, a date agreed upon by the Court.

27         3.      The parties further respectfully requested that the period from February 21, 2017 through

28  and including May 23, 2017 should be excluded from the otherwise applicable Speedy Trial Act

STIP. AND ORDER EXCLUDING TIME            1
CR 15-0489 RS

1  computation because the continuance is necessary for effective preparation of counsel, taking into
2  account the exercise of due diligence.
3        4.    The parties concur that granting the exclusion would allow the reasonable time necessary
4  for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The
5  parties also agree that the ends of justice served by granting such an exclusion of time for the purposes
6  of effective preparation of counsel outweigh the best interests of the public and the defendant in a
7  speedy trial. 18 U.S.C. § 3161(h)(7)(A).

9        IT IS SO STIPULATED.

11  DATED:  February 21, 2017            BRIAN J. STRETCH
                                         United States Attorney

13                                              /s/
                                         SARAH HAWKINS
14                                       Assistant United States Attorney

16  DATED: February 21, 2017

17                                              /s/
                                         ETHAN A. BALOGH
18                                       Counsel for Douglas Smith

STIP. AND ORDER EXCLUDING TIME            2
CR 15-0489 RS

# [PROPOSED] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from February 21, 2017 to May 23, 2017 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on May 23, 2017 at 2:30 p.m. for a change of plea.

2. The period from February 21, 2017 through and including May 23, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 2/21/17

HON. RICHARD SEEBORG
United States District Judge