August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DOUGLAS SMITH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>vs.<br><br>DOUGLAS LEE SMITH,<br><br>                     Defendant. | Case No. CR 15-0489 RS<br><br>**STIPULATION AND ORDER TO CONTINUE** |

      The parties appeared on January 16, 2024 for a status conference, at which they informed the Court that they had agreed that Mr. Smith will withdraw his plea and that the government will re-charge Mr. Smith by information. At the next calling of the case, Mr. Smith thus intends to withdraw his previous plea and enter a guilty plea to an information. Because the parties continue to negotiate the terms of the anticipated new plea agreement, they agree that the hearing currently scheduled for January 30, 2024 should be continued to February 13, 2024 at 2:30 p.m.

      IT IS SO STIPULATED.

Dated: January 29, 2024

                                          /s/
                                    August Gugelmann
                                    SWANSON & McNAMARA LLP
                                    Attorney for Douglas Smith


                                          /s/
                                    Aseem Padukone
                                    Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on January 30, 2024 is continued to February 13, 2024 at 2:30 p.m.

Dated: 1/29/2024

_____
Hon. Richard Seeborg
United States District Court